**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01360-CV

### HIGH REV POWER, L.L.C., Appellant

### V.

### MASSIMO MOTOR SPORTS, LLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07411-D**

## ORDER

We **REINSTATE** this appeal.

In an order dated May 18, 2015, the Court ordered the Honorable Ken Tapscott, Presiding Judge of the County Court at Law No. 4, to conduct a hearing and make findings regarding missing exhibits. On June 12, 2015, the Court received the trial court's findings. The trial court found the exhibits have been lost without appellant's fault and the lost exhibits are necessary to the appeal's resolution. Judge Tapscott requests additional time so that he can conduct a further hearing regarding whether the missing exhibits can be replaced by agreement or, if not, whether they can be replaced with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibits. We **GRANT** the Judge Tapscott's request for additional time.

We **ORDER** Judge Tapscott to conduct a hearing, **WITHIN THIRTY DAYS** of the date of this order and make findings as to whether:

1.     the lost or destroyed exhibits can be replaced by agreement of the parties; and

2.     if the lost or destroyed exhibits cannot be replaced by agreement of the parties, they can be replaced with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibits.

We **ORDER** John Warren, Dallas County Clerk, to file, **WITHIN FORTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing the trial court's findings of fact from the hearing.

We **ORDER** Coral Hough, to file, **WITHIN FORTY-FIVE DAYS** of the date of this order, the reporter's record from the hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Tapscott, John Warren, Coral Hough, and counsel for all parties.

We **ABATE** this appeal to allow the trial court to conduct the hearing.  The appeal will be reinstated in forty-five days or when the Court receives the requested supplemental clerk's record, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
        JUSTICE